**FILED**
CLERK, U.S. DISTRICT COURT
5/16/23
CENTRAL DISTRICT OF CALIFORNIA
BY: nnc DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREA UNDERWOOD,<br><br>Defendant. | Case No. 2:19-CR-00462-SVW-4<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On May 16, 2023, Defendant Andrea Underwood ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:19-CR-00462-SVW-4. The Court appointed Peter Swath of the CJA Panel to represent Defendant.

///
///
///
///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

   A.   ☐   Defendant submitted to the Government's Request for Detention;


   B.   ☒   Defendant has not carried her burden of establishing by clear and convincing evidence that she will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
   - Failure to provide residence address while on supervised release;
   - Failure to report to supervising agency during supervised released after five attempts to contact;
   - Absconder status;
   - Refusal to self-surrender upon request.


   D.   ☒   Defendant has not carried her burden of establishing by clear and convincing evidence that she will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:
   - Extensive criminal history, including driving under the influence with an unrestrained child in the car, prostitution, trespass, disorderly conduct, narcotic offenses, vehicle theft, and evading police.

III.

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled

substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18 U.S.C. § 3142(g).] The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

### IV.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: May 16, 2023

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE